IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BROWN, *Petitioner*, v. MICHAEL OVERMEYER, *et al.*, *Respondents.* | CIVIL ACTION NO. 18-2967 |

# ORDER

**AND NOW**, this 11th day of December 2019, upon consideration of Anthony Brown's *pro se* Petition for Writ of Habeas Corpus (ECF No. 1), his memorandum of fact and law in support if his petition (ECF No. 9), the Commonwealth's Response (ECF No. 10), Brown's Reply (ECF No. 13), United States Magistrate Judge Marilyn Heffley's Report and Recommendation (ECF No. 22), Brown's Objections to the Report and Recommendation (ECF No. 27) and the State Court Record (ECF No. 23 and ECF Nos. 14-21[1]), the Court **ORDERS** that:

1. Brown's Objections to the Report and Recommendation (ECF No. 27) are **OVERRULED**;

2. The Report and Recommendation (ECF No. 22) is **APPROVED** and **ADOPTED**;

3. Brown's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED and**

---

[1] Because the state court record submitted to the Court did not contain trial transcripts, the Commonwealth filed copies of the transcripts on this Court's docket.

**DISMISSED**;

      4.      No certificate of appealability shall issue; and

      5.      The Clerk of Court shall **MARK** the case **CLOSED**.

      BY THE COURT:

      */s/ Gerald J. Pappert*
      GERALD J. PAPPERT, J.